```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
UNITED STATES OF AMERICA,                          :
                                                   :
             -against-                             :
                                                   :
JHAN CARLOS JIMENEZ TAVERA,                        :       S6 1:25-cr-330-GHW
MANUEL LOPEZ GONZALEZ,                             :
DANGELINE CONTRERAS DE AZA,                        :            ORDER
LUIGGI MOYA FERNANDEZ,                             :
GUALYS BRITO GERMOSEN,                             :
ROLANDO BATISTA CAMILO,                            :
JULIAN BRITO SANCHEZ,                              :
YORKIS RAMON BRITO GERMOSEN, and                   :
CRISTIAN DEJESUS-BAEZ,                             :
                                                   :
             Defendants.                           :
------------------------------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/3/2025

GREGORY H. WOODS, United States District Judge:

      A proceeding in this matter will take place on December 2, 2025 at 12:00 p.m. with respect to JHAN CARLOS JIMENEZ TAVERA, MANUEL LOPEZ GONZALEZ, DANGELINE CONTRERAS DE AZA, LUIGGI MOYA FERNANDEZ, GUALYS BRITO GERMOSEN, ROLANDO BATISTA CAMILO, JULIAN BRITO SANCHEZ, and YORKIS RAMON BRITO GERMOSEN.  The proceeding will take place in Courtroom 12C, Daniel Patrick Moynihan United States Courthouse, New York, New York 10007.  The parties are directed to appear for the proceeding as scheduled unless otherwise ordered by the Court.

      SO ORDERED.

Dated: November 3, 2025

                                                               GREGORY H. WOODS
                                                          United States District Judge