UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------- X

UNITED STATES OF AMERICA,                    :

                                             :

            -against-                        :

                                             :

BRITO GERMOSEN *et al.*,                     :                    1:25-cr-330-GHW

                                             :

                         Defendants.         :                    ORDER

-------------------------------------------------------------- X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/11/2026

GREGORY H. WOODS, United States District Judge:

All counsel in this case who are being funded under the Criminal Justice Act are directed to develop a mega-case budget for this case with Alan Nelson, the Case Budgeting Attorney for the Second Circuit Court of Appeals. Counsel are directed to confer with Mr. Nelson to begin the process of developing such a budget no later than May 18, 2026.

SO ORDERED.

Dated: May 11, 2026

_____
GREGORY H. WOODS
United States District Judge