USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ________________
DATE FILED: 7/7/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X

UNITED STATES OF AMERICA, :

-against- :

JHAN CARLOS JIMENEZ TAVERA, :

Defendant. :

------------------------------------------------------------ X

1:25-cr-330-GHW-6

ORDER

GREGORY H. WOODS, United States District Judge:

A bail review hearing with respect to Jhan Carlos Jimenez Tavera will take place on July 9, 2026 at 10:00 a.m. The hearing will take place in Courtroom 12C, Daniel Patrick Moynihan United States Courthouse, New York, New York 10007. Counsel for the United States, Mr. Jimenez Tavera and his counsel are directed to appear for the hearing as scheduled unless otherwise ordered by the Court.

Any written submissions in connection with the bail review hearing must be filed on ECF no later than 6:45 p.m. on July 8, 2026.

The Clerk of Court is directed to terminate the motion pending at Dkt. No. 107.

SO ORDERED.

Dated: July 7, 2026
New York, New York

GREGORY H. WOODS
United States District Judge