USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ________________
DATE FILED: 9/15/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X

UNITED STATES OF AMERICA,

-v-

GUALYS BRITO GERMOSEN,
JULIAN BRITO SANCHEZ,
YORKIS RAMON BRITO GERMOSEN,
JHAN CARLOS JIMENEZ TAVERA,
MANUEL LOPEZ GONZALEZ, and
DANGELINE CONTRERAS DE AZA,

Defendants.

------------------------------------------------------------ X

1:25-cr-330-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

Trial in this matter will commence on Monday, May 3, 2027 at 9:00 a.m. The trial will take place in Courtroom 12C of the United States District Court for the Southern District of New York, Daniel Patrick Moynihan U.S. Courthouse at 500 Pearl Street, New York, New York, 10007.

Pretrial motions by Defendants are due no later than November 30, 2026. The Government's oppositions to any defense motions are due no later than January 4, 2027. Defendants' replies, if any, are due no later than January 11, 2027. The Court will hold a hearing on any defense motions necessitating a hearing on February 12, 2027 at 11:00 a.m.

Expert disclosures by the United States required pursuant to Fed. R. Crim. P. 16 are due no later than January 11, 2027. Expert disclosures by Defendants required pursuant to Fed. R. Crim. P. 16 are due no later than January 25, 2027.

The pretrial materials required by Rule 6 of the Court's Individual Rules of Practice in Criminal Cases, including motions *in limine*, are due no later than March 5, 2027. If any motions *in limine* are filed, opposition papers are due no later than seven days after the date of service of the motion. Reply papers, if any, are due no later than four days after the date of service of the

opposition. Courtesy copies of motions *in limine* should be submitted when the motions are fully briefed. The Court will hold a final pretrial conference in this matter on April 16, 2027 at 11:00 a.m.

The parties are further directed to submit: (1) a proposed brief description of the case, to be read to the venire and (2) a brief, mutually acceptable overview of the applicable law, to be read to the jury as part of the Court's initial instructions prior to opening statements, no later than March 5, 2027. If the parties are unable to agree on the language of such a short overview, they are directed to notify the Court of that fact by the same date.

SO ORDERED.

Dated: September 15, 2026
New York, New York

GREGORY H. WOODS
United States District Judge