**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/25/2026

November 25, 2026

**BY ECF** **MEMORANDUM ENDORSED**

Hon. Gregory H. Woods
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-13127

Application denied. The Court's September 15, 2026 established deadlines using fixed dates. The Court intended for those to apply to the opposition and any reply as to any motion filed by Mr. Jimenez Tavera. Accordingly, the deadline for the Government's opposition to Mr. Jimenez Tavera's motion, if any, remains January 4, 2027; Mr. Jimenez Tavera's reply, if any, is due no later than January 11, 2027.
The Clerk of Court is directed to terminate the motion pending at Dkt. No. 151.
SO ORDERED.
Dated: November 25, 2026

GREGORY H. WOODS
United States District Judge

**Re:** ***United States v. Jhan Jimenez Tavera* et al., S6 25 Cr. 330 (GHW)**

Dear Judge Woods:

The Government writes respectfully regarding the pretrial motions schedule. By order on September 15, 2026, the Court (among other things) set a briefing schedule in which defendants' pretrial motions were due by November 30, 2026, and the Government's response was due within five weeks by January 4, 2027. (*See* Dkt. 139). Earlier today, the Court adjourned defendant Jhan Jimenez Tavera's pretrial motions deadline to December 14, 2026, in view of his recent change of counsel, while ordering in relevant part that "[a]ll other deadlines in the Court's September 15, 2026 order remain in full force and effect." (Dkt. 150 at 2).

The Government understands that all other defendants must file any pretrial motions by November 30, and that the Government must respond to these motions within five weeks by January 4, 2027. The Government respectfully requests that its response to any motions filed by Mr. Jimenez Tavera on December 14 also be due within five weeks, by Tuesday, January 19, 2027 (the preceding day being a court holiday).

Respectfully submitted,

JAMES M. McDONALD
United States Attorney

by: ______________________
Justin Horton
Alexandra S. Messiter
Ryan T. Nees
Assistant United States Attorneys
212-637-2276

cc: Counsel of record (via ECF)